**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
_____

**CARL OGLESBY,**

                              **Plaintiff,**


          **v.**                                      **1:02-CV-603**
                                                         **(FJS)**

**UNITED STATES DEPARTMENT OF**
**JUSTICE and CENTRAL INTELLIGENCE**
**AGENCY,**

                              **Defendants.**

_____

**APPEARANCES**                          **OF COUNSEL**

**OFFICES OF JAMES H. LESAR**            **JAMES H. LESAR, ESQ.**
1003 K Street, N.W.
Suite 640
Washington, D.C. 20001
Attorneys for Plaintiff

**UNITED STATES DEPARTMENT**             **VANESSA R. BRINKMANN, ESQ.**
**OF JUSTICE, OFFICE OF**
**INFORMATION POLICY**
1425 New York Avenue, N.W.
Suite 11050
Washington, D.C. 20530-0001
Attorneys for Defendants

**SCULLIN, Senior Judge**

**ORDER**

        On August 1, 2011, the parties filed a joint motion to stay these proceedings and to

amend the briefing schedule.  *See* Dkt. No. 126.  Having reviewed the parties' submissions, the

Court hereby

**ORDERS** that the parties' joint motion is **GRANTED**;[1] and the Court further

**ORDERS** that these proceedings shall be stayed pending Defendant FBI's administrative re-processing of Plaintiff's FOIA request; however, such stay shall not exceed **six (6) months, i.e., February 8, 2012**; and the Court further

**ORDERS** that, **within five (5) days** of concluding its administrative re-processing of Plaintiff's FOIA request, Defendant FBI shall confer with Plaintiff; and the parties shall jointly submit to the Court proposed amendments to the briefing schedule, if necessary, within **seven (7) days** of conferring;[2] and the Court further

**ORDERS** that Defendant FBI shall file with the Court status updates regarding the progress of its administrative re-processing of Plaintiff's FOIA request every **thirty (30) days**, beginning **September 1, 2011**; and the Court further

**ORDERS** that Defendant FBI's second renewed motion for summary judgment, *see* Dkt. No. 103, is **DENIED without prejudice and with leave to renew**, if necessary, after Defendant FBI completes its re-processing of Plaintiff's FOIA request;[3] and the Court further

---

[1] By Memorandum Opinion and Order dated February 27, 2007, the Court granted Defendants' motion for summary judgment with regard to the claims against Defendant Central Intelligence Agency. *See* Dkt. No. 66. Therefore, the only Defendant that remains in this case is Defendant United States Department of Justice (hereinafter referred to as "Defendant FBI").

[2] Should Defendant FBI complete its administrative re-processing of Plaintiff's FOIA request prior to the February 8, 2012 deadline, Defendant FBI shall confer with Plaintiff within five (5) days of the conclusion of said re-processing; and the parties shall jointly submit to the Court proposed amendments to the briefing schedule, if necessary, within **seven (7) days** of conferring.

[3] If Defendant FBI decides to renew its motion for summary judgment after it completes its administrative re-processing of Plaintiff's FOIA request, Defendant FBI may do so by filing a Notice of Motion and any additional papers that are necessary to support that motion. Defendant

(continued...)

**ORDERS** that Plaintiff's second renewed cross-motion for summary judgment, *see* Dkt. No. 107, is **DENIED without prejudice and with leave to renew**, if necessary, after Defendant FBI completes its re-processing of Plaintiff's FOIA request;[4] and the Court further

**ORDERS** that the parties' joint motion for an order to stay these proceedings and to amend the briefing schedule, which they filed on March 23, 2011, *see* Dkt. No. 112, is **DENIED as moot**; and the Court further

**ORDERS** that the parties' joint motion for an order to amend the briefing schedule, which they filed on April 22, 2011, *see* Dkt. No. 113, is **DENIED as moot**; and the Court further

**ORDERS** that Plaintiff's unopposed motions, which he filed on June 23, 2011, *see* Dkt. No. 116, and on July 14, 2011, *see* Dkt. No. 117, are **DENIED as moot**; and the Court further

**ORDERS** that the hearing scheduled for August 16, 2011, at 11:00 a.m., *see* Minute Entry dated July 21, 2011, is **CANCELLED**; and the Court further

---

[3](...continued)
FBI will not need to re-file any of the papers that it has already filed and may, instead, refer to those papers in its Notice of Motion and supporting papers.

[4] If Plaintiff decides to renew its cross-motion for summary judgment after Defendant FBI completes its administrative re-processing of Plaintiff's FOIA request, Plaintiff may do so by filing a Notice of Motion and any additional papers that are necessary to support that motion. Plaintiff will not need to re-file any of the papers that he has already filed and may, instead, refer to those papers in his Notice of Motion and supporting papers.

**ORDERS** that Defendant FBI's counsel shall initiate a telephone conference with the Court and opposing counsel, using a professional teleconferencing service, on **August 16, 2011, at 11:00 a.m.** to address any further issues that either the Court or the parties may wish to raise regarding this re-processing procedure and any subsequent proceedings in this case.  For the purpose of this telephone conference, the Court's telephone number is **202-354-3536**.

**IT IS SO ORDERED.**

Dated: August 8, 2011
      Syracuse, New York

                                      _____
                                   Frederick J. Scullin, Jr.
                                   Senior United States District Court Judge